Erin S. Greenawald, OSB#990542
Sean J. Riddell, OSB#013943
2905 NE Broadway St.,
Portland, OR 97232
Email: esglaw1@gmail.com
Email: Sean.Riddell@live.com
    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANNAMARIE MOTIS, | ) Case No. 3:19-CV-02000-BR |
|     Plaintiff, | ) |
| vs. | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE FOR DEFENDANT LINFIELD |
| DAVID JUBB and LINFIELD COLLEGE, | ) COLLEGE |
|     Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL**

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of Defendant Linfield College in this action with prejudice.

2. It is the express intention of the Plaintiff and Defendant Linfield that each party to this dismissal will be responsible for their own costs or fees associated with this litigation.

///

///

///

///

///

///

///

1 – STIPULATED DISMISSAL OF DEFENDANT LINFIELD

3. Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2020.

_____
Honorable Magistrate Judge Jolie A. Russo

It is so stipulated on 7 February, 2020.

| /s/ Paula A. Barran_____ | /s/ Sean J. Riddell |
|---|---|
| Paula A. Barran | Sean J. Riddell |
| Barran Liebman LLP | Attorney at Law |
| 601 SW 2nd Ave, Suite 2300 | 2905 NE Broadway St |
| Portland, OR 97204 | Portland, OR 97232 |
| Attorney for Defendant Linfield | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2020, I served STIPULATION OF DISMISSAL WITH PREJUDICE FOR DEFENDANT LINFIELD COLLEGE on counsel for Defendant Jubb at the following addresses:

Hart Wagner LLP
Attn: Gordon Wellborn
439 SW Umatilla Ave
Redmond, OR 97756
Email: GLW@hartwagner.com
      Attorney for the Defendant Jubb

by the following method or methods as indicated:

      by CM/ECY

      by electronic mail


      /S/ SEAN J. RIDDELL
      SEAN J. RIDDELL, OSB #013943
      Attorney for Plaintiff