Erin S. Greenawald, OSB#990542
Sean J. Riddell, OSB#013943
2905 NE Broadway St.,
Portland, OR 97232
Email: esglaw1@gmail.com
Email: Sean.Riddell@live.com
    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANNAMARIE MOTIS, | ) Case No. 3:19-CV-02000-JR |
|     Plaintiff, | ) |
| vs. | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE FOR DEFENDANT |
| DAVID JUBB and LINFIELD COLLEGE, | ) LINFIELD COLLEGE (ONLY) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

NOW, THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of Defendant Linfield College in this action with prejudice.

2. It is the express intention of the Plaintiff and Defendant Linfield that each party to this dismissal will be responsible for their own costs or fees associated with this litigation.

///

///

///

///

///

///

///

3. Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO ORDERED this 10 day of February, 2020.

*John A. Russo*
Honorable Magistrate Judge Jolie A. Russo

It is so stipulated on 7 February, 2020.

/s/ Paula A. Barran
Paula A. Barran
Barran Liebman LLP
601 SW 2nd Ave, Suite 2300
Portland, OR 97204
Attorney for Defendant Linfield

/s/ Sean J. Riddell
Sean J. Riddell
Attorney at Law
2905 NE Broadway St
Portland, OR 97232
Attorney for Plaintiff