**Gordon L. Welborn,** OSB No. 870965
E-mail: glw@hartwagner.com
**Lindsay H. Duncan,** OSB No. 120974
E-mail: lhd@hartwagner.com
**HART WAGNER LLP**
439 SW Umatilla Ave.
Redmond, OR 97756
Telephone: 541-548-6044
Facsimile: 541-548-6034

  <u>Of Attorneys for Defendant David Jubb</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANNAMARIE MOTIS,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID JUBB and LINFIELD COLLEGE,<br><br>  Defendants. | Case No. 3:19-cv-02000-JR<br><br>**JOINT STATUS REPORT** |

In accordance with the Court's February 8, 2021 Order, the parties submit the following Joint Status Report:

The parallel criminal proceeding is ongoing. A two-week criminal trial is scheduled to begin on November 1, 2021.

///

///

///

///

///

Page 1 – **JOINT STATUS REPORT**

The parties respectfully propose that the stay continue until after the criminal trial concludes. If the court prefers, the parties will continue to provide the court with additional status reports every 90 days.

DATED this 10th day of May, 2021.

        HART WAGNER LLP

By: */s/ Lindsay H. Duncan*
    Lindsay H. Duncan, OSB No. 120974
    lhd@hartwagner.com
    Of Attorneys for Defendant David Jubb

        SEAN J. RIDELL, ATTORNEY AT LAW

By: */s/ Sean J. Riddell*
    Sean J. Riddell, OSB#013943
    Sean.riddell@live.com
    Of Attorneys for Plaintiff

Page 2 – **JOINT STATUS REPORT**

**HART WAGNER LLP**
Attorneys at Law
1000 SW Broadway, Suite 2000
Portland, Oregon 97205
Telephone (503) 222-4499