**Gordon L. Welborn,** OSB No. 870965
E-mail: glw@hartwagner.com
**Lindsay H. Duncan,** OSB No. 120974
E-mail: lhd@hartwagner.com
**HART WAGNER LLP**
439 SW Umatilla Ave.
Redmond, OR 97756
Telephone: 541-548-6044
Facsimile: 541-548-6034

    Of Attorneys for Defendant David Jubb

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANNAMARIE MOTIS,<br><br>                Plaintiff,<br><br>        v.<br><br>DAVID JUBB,<br><br>                Defendant. | Case No. 3:19-cv-02000-JR<br><br>**STIPULATION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE** |

The undersigned parties hereby stipulate and agree that the above-captioned matter shall be dismissed with prejudice and without fees or costs to any party, and that there is no just reason for the Court to delay entering final judgment.

DATED this 8th day of November, 2021.

HART WAGNER LLP


By:    */s/ Lindsay H. Duncan*
         Gordon L. Welborn, OSB No. 870965
         glw@hartwagner.com
         Lindsay H. Duncan, OSB No. 120974
         lhd@hartwagner.com
         Of Attorneys for Defendant David Jubb

**HART WAGNER LLP**
**Attorneys at Law**
**439 SW Umatilla Avenue**
**Redmond, Oregon  97756**
**Telephone (541) 548-6044**

SEAN J. RIDDELL, ATTORNEY AT LAW

By:   */s/ Sean J. Riddell*
        Sean J. Riddell, OSB#013943
        Sean.riddell@live.com
        Of Attorneys for Plaintiff

**HART WAGNER LLP**
**Attorneys at Law**
**439 SW Umatilla Avenue**
**Redmond, Oregon 97756**
**Telephone (541) 548-6044**